UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

          Plaintiff,

v.

BRUCE HARRELL, et al.,

          Defendants.

CASE NO. C23-1153-RSM

REPORT AND RECOMMENDATION

      Plaintiff Cortez Daundre Jones, proceeding pro se in this civil matter, filed an application to proceed *in forma pauperis* (IFP). Dkt. 1. Plaintiff's IFP application indicates he is currently employed with a salary of $35,000, received at least $324,000 through a business or other source of income and $32,000 in benefits over the past twelve months, and owns $324,000 in stocks. *Id*. at 1-2. He also indicates regular monthly expenses totaling $4,000, but failed to complete the portions of the form asking for amounts of cash on hand or in checking or savings accounts. *Id*. at 2.

REPORT AND RECOMMENDATION - 1

Because it appears Plaintiff has financial resources allowing for payment of the Court's $402.00 filing fee, the Court recommends the motion to proceed IFP, Dkt. 1, be DENIED. Plaintiff shall pay the applicable filing fee, or submit a corrected IFP application, within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If Plaintiff fails to pay the fee or submit a corrected application, the Clerk should close the file.

The Court further notes that this matter appears appropriate for review under 28 U.S.C. § 1915(e)(2)(B). Pursuant to that provision, when a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court shall dismiss the case at any time. 28 U.S.C. § 1915(e)(2)(B). The undersigned therefore also recommends review under § 1915(e)(2)(B), as may be prompted by either payment of the filing fee or objections to this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 25, 2023**.

Dated this 8th day of August, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2